1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF:<br><br>(1) Black Chevrolet Silverado, CA plate 97988P2 (VIN: 1GCNCPEH2EZ390400); (2) White Jeep Grand Cherokee, CA plate 8NLA166 (VIN: 1C4RJEAG9FC174881). | CASE NO. 5:21-SW-00099-JLT<br><br>[~~PROPOSED~~] ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the drug trafficking activities of the party named in the application and warrants, signed September 24, 2021, which authorized agents of Homeland Security Investigations and other participating agencies to install and monitor tracking devices on three vehicles for a period of 45 days, and authorized the officer executing the warrant to delay notice for 30 days following the termination of the authority to track the vehicles.

The government further has represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 120 days (through and including April 7, 2022).

Should the United States seek further postponement of the time within which it must serve the

notice, it shall make further application to this Court.

For good cause shown, THE COURT FURTHER ORDERS that this order and the government's ex parte motion be sealed.

IT IS SO ORDERED.

Dated:      December 7, 2021

Hon. Jennifer L. Thurston
CHIEF U.S. MAGISTRATE JUDGE